# EXHIBIT 1

Pass4sure > Microsoft Certification

# Microsoft Certifications

Pass4sure is the leader in supplying certification candidates with current and up-to-date training materials for Microsoft Certification and Exam preparation. Pass4sure Microsoft resources are constantly being revised and updated for relevance and accuracy. We 100% guarantee the materials with quality and reliability which will help you pass any Microsoft certification exam.

**MCSE Certification**
Intense MCSE 2003: Security+ Boot Camp.
Voted Best ILT Training!

**MCPD Training Courses**
Self-Paced Classes & Practice Exams
Certification Guaranteed- Try FREE!

## List of Microsoft Certification Exams

**All Microsoft Certifications in Pass4sure**

For Microsoft certification candidates, many study materials are necessary such as Study Guides and Practice Exams. The followings list Microsoft Certifications in Pass4sure, If you have other Microsoft certifications you want added please contact us.

- ○ **Exchange Server 2007**
- ○ **MCAD.NET**
- ○ **MCDBA**
- ○ **MCDST**
- ○ **MCITP**
- ○ **MCP**
- ○ **MCPD**
- ○ **MCSA**
- ○ **MCSA 2003**
- ○ **MCSD.NET**
- ○ **MCSE**
- ○ **MCSE 2000 Security**
- ○ **MCSE 2003**
- ○ **MCSE 2003 Managing**
- ○ **MCSE 2003 Security**
- ○ **MCTS**
- ○ **Microsoft Business Solutions**
- ○ **Microsoft Licensing exam**
- ○ **Microsoft Partner Competency exam**
- ○ **Microsoft Windows Vista, Configuring**
- ○ **Office SharePoint Server 2007**
- ○ **TS**
- ○ **Windows SharePoint Services 3.0**

**Latest Microsoft Certification Exams**

70-401 - MS System Center Configuration Manager2007, Configuring
MB3-527 - GP 10.0 Installation & Configuration
70-554(VB) - UPGRADE:MCSD MS.NET Skills to MCPD Entpse App Dvlpr Pt2
70-554(CSharp) - UPGRADE:MCSD MS.NET Skills to MCPD Entpse App Dvlpr Pt2
70-553(VB) - UPGRADE:MCSD MS.NET Skills to MCPD Entpse App Dvlpr Pt1

**Popular Microsoft Certification Exams**

70-290 - MCSE 2003 Messaging Managing and Maintaining a Microsoft Windows Server 2003 Environment
70-431 - Microsoft SQL Server 2005 Implementation & Maintenance
70-244 - MCSE Supporting and Maintaining a Microsoft Windows NT Server 4.0 Network
70-270 - MCSE 2003 Messaging Installing, Configuring, and Administering Microsoft Windows XP Professional
70-281 - MCSE 2003 Planning, Deploying, and Managing an Enterprise Project Management Solution

**Search**

[ ] [Go]

Use keywords to find the product you are looking for.

Search Tips

**Member Login**

User email: [ ]
Password: [ ]

[Login] [Register]
Forgot password?



**Info Center**

Payment and Shipping
Privacy Notice
Guarantee
FAQs
About Us
Contact Us
Careers

**Hot IT Certifications**

**Cisco Certification**
CCNA  CCNP   CCIE
CCDA  CCDP   CCIP
**SUN Certification**
SCJD  SCJP       SCWCD
**HP Certification**
HP AIS  HP APS   HP ASE
**Oracle Certification**
9i DBA  Oracle 11i
**Juniper Certification**
JNCIA  JNCIS
**Other Certifications**
3Com  CCIA       VMware

## Why Choose Pass4sure Microsoft

 **Quality and Value**

Pass4sure Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development.

 **Guaranteed to Pass**

 **Tested and Approved**

We are committed to the process of vendor and third party approvals. We believe IT professionals and executives alike deserve the confidence of quality coverage these authorizations provide.

 **Try Before Buy**

About Us | Contact Us | Payment | Privacy | New Releases | Hot Exams | Free Samples | Guarantee | FAQ | Careers

Certifications | Resources | Sitemap 1 2 3 4 5

**Vendors:** Cisco, Oracle, IBM, Nortel, EMC, SUN, HP, Novell, Citrix, CIW, SNIA, Juniper ...

    



Copyright © 2001-2008 Test4cert Limited. All Rights Reserved

# EXHIBIT 2




| Home | All Products | Shopping Cart | User Center |

Pass4sure > Contact Us



## Pleasant Testing Experience
### with pass4sure testing engine

>> Learn more

## Contact Us

We are proud of our high-quality customer service, which serves you around the clock 24/7.

**To get your problem resolved instantly, live support**



**Read Our Frequently Asked Questions (FAQs)**

We have gathered the most frequently asked questions for you. Please read our list of FAQs.

**Contact us by Live Messenger**

- Sales: pass4sure@hotmail.com
- pass4suresales@hotmail.com

**Contact us by Yahoo Messenger**

Yahoo Messenger ID: Pass4sure_Michael

**You can reach us at any of the email addresses listed below**

Please allow up to 24 hours for us to respond

- Sales: sales@pass4sure.com
- Support: support@pass4sure.com
- Feedback: feedback@ pass4sure.com

**If you have any urgent issues, please**



**Address:**

FREETECH SERVICES LIMITED
MNJ3339 RMB,1/F.,LA BLDG
66 CORPORATION ROAD

### Search

| | Go |

Use keywords to find the product you are looking for.

Search Tips

### Member Login

Useremail: |

Password: |

| Login | Register |

Forgot password?



### Info Center
Payment and Shipping
Privacy Notice
Guarantee
FAQs
Free Samples Download
About Us
Contact Us
Careers

### Hot Certification Exams
**Cisco**

| 640-822 | 640-802 | 640-816 |
|---------|---------|---------|
| 642-356 | 642-426 | 642-356 |
| 642-523 | 642-533 | 642-532 |
| 646-562 | 642-565 | 646-362 |

**Microsoft**

| 70-540 | MB6-513 | 70-632 |
|--------|---------|--------|
| 70-621 | 70-238 | 70-446 |
| 70-510 | 70-293 | MB6-512 |
| MB5-538 | MB5-537 | MB6-504 |

**HP**

| HP0-065 | HP0-058 | HP0-052 |
|---------|---------|---------|
| HP0-P11 | HP0-J11 | HP0-922 |
| HP0-775 | HP0-086 | HP0-069 |

**IBM**

| 000-889 | 000-918 | 000-445 |
|---------|---------|---------|
| 000-233 | 000-898 | 000-284 |
| 000-M16 | 000-736 | 000-216 |

**Oracle**

| 1z0-200 | 1z0-213 | 1z0-223 |
|---------|---------|---------|

GRANGETOWN,CARDIFF, WALES
ZIP Code: CF11 7AW
CF11 7AW
**Related Link** :

- Payment and shipping
- Privacy Notice
- Gaurantee
- FAQs
- About Us

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-822-904**

TX5822904

EFFECTIVE DATE OF REGISTRATION

10   15   03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▼**
Microsoft Exam 70-290  Managing and Maintaining a Microsoft Windows Server 2003 Environment

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**
**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ August   Day▶ 14   Year▶ 2003
USA ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
10/15/03
**ONE DEPOSIT RECEIVED**
10/15/03
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**DO NOT WRITE HERE OFFICE USE ONLY**

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-8) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▼        Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
a Name ▼   Microsoft Corporation        Account Number ▼   DA063819

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation ATTN Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ► (425) 706-9104    Fax number ► (425) 936 7329
Email ► judywe@microsoft.com

**8** CERTIFICATION* I the undersigned hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Judy K K Weston        Date ►
Handwritten signature (X) ▼
X

**9** Mail certificate to
Name ▼ Microsoft Corporation ATTN Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond WA 98052

Certificate will be mailed in window envelope

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500
December 1999—85 000        ✿ PRINTED ON RECYCLED PAPER        ✰U S GOVERNMENT PRINTING OFFICE 1996-454-879/60 060

EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6—309—888



**( TX )          TXU**
EFFECTIVE DATE OF REGISTRATION

FEB   OF   2006
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Exam 70-431: TS: Microsoft® SQL Server™ 2005 - Implementation and Maintenance

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀Year in all cases.
2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ November   Day ▶ 22   Year ▶ 2005
ONLY if this work has been published.     U.S.A.     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
FEB 0 8 2006
ONE DEPOSIT RECEIVED
FEB 0 8 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY ☑ | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

a  Microsoft Corporation        DA063819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-8104        Fax number ▶ (425) 936-7329

Email ▶ judyws@microsoft.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston        Date ▶ 1-09-06

Handwritten signature (X) ▼
X _____

| Mail certificate to: | Name ▼ Microsoft Corporation, ATTN: Judy Weston |
|---|---|
| Certificate will be mailed in window envelope | Law and Corporate Affairs |
| | Number/Street/Apt ▼  One Microsoft Way |
| | City/State/ZIP ▼  Redmond, WA 98052 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—65,000        ♻ PRINTED ON RECYCLED PAPER        ✭U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/66,060

EXHIBIT 5

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-072-499





| | | |
|---|---|---|
| Month | Day | Year |
| Dec | 01 | 2004 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Exam 70-281 Planning Deploying and Managing Enterprise Project Management Solutions

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** **a**

NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004  ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 2   Year ▶ 2004
Nation ▶ USA  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 01 2004
ONE DEPOSIT RECEIVED
DEC 01 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**5** PREVIOUS REGISTRATION Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼      Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions before completing this space

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
a Name ▼   Microsoft Corporation     Account Number ▼  DAO63819

b CORRESPONDENCE  Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond  WA 98052
Area code and daytime telephone number ▶ (425) 706 9104      Fax number ▶ (425) 936 7329
Email ▶ judywe@microsoft com

**8** CERTIFICATION*  I  the undersigned  hereby certify that I am the
Check only one ▶ ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date
Tina R  Williams     Date ▶ 11/19/04

Handwritten signature (X) ▼
X _Tina R Williams_

**9** Mail certificate to
Certificate will be mailed in window envelope
Name ▼  Microsoft Corporation  ATTN  Judy Weston  Law and Corporate Affairs
Number/Street/Apt ▼  One Microsoft Way
City/State/ZIP ▼  Redmond  WA 98052

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500
December 1998—55 000      ⬤ PRINTED ON RECYCLED PAPER      *U S  GOVERNMENT PRINTING OFFICE  1998-454-879/80 060

EXHIBIT 6

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



REC

**TX 5-790-349**



EFFECTIVE DATE OF REGISTRATION

OCT 01 2003

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Exam 70 270  Installing  Configuring  and Administering Microsoft Windows XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared     Title of Collective Work ▼

| If published in a periodical or serial give   Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

## 2

**a** **NAME OF AUTHOR ▼**  Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work  computer software program, documentation & text on product packaging

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check  Yes  in the space provided give the employer (or other person for whom the work was prepared) as  Author  of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**  ENTIRE TEXT

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◄Year  in all cases
2002

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published
Month ▶ March     Day ▶ 04     Year ▶ 2002
USA  ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

**APPLICATION RECEIVED**
OCT 01 2003

**ONE DEPOSIT RECEIVED**
OCT 01 2003

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE  OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

**DO NOT WRITE HERE**

"Amended by C O  authority per telephone conversation
of Oct  1, 2003 with Judy Weston

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a** Name ▼  Microsoft Corporation          Account Number ▼  DAO63819

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft com

**7**

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K  Weston                                    Date ▶ 9 29 03

Handwritten signature (X) ▼

X _____

**8**

The filing  fee of $20 00 is effective through June  30  2002  After that date  please write the Copyright Office
check the Copyright Office Website at http  //www loc gov/copyright  or call (202) 707 3000 for the latest fee information

**Mail
certificate
to**

**Certificate
will be
mailed in
window
envelope**

Name ▼  Microsoft Corporation  ATTN  Judy Weston
          Law and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond  WA 98052

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
  payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

☆U S  GOVERNMENT PRINTING OFFICE  1996 454 879/40 040

# EXHIBIT 7

| Exam # | Certification Exam Title | © Reg. No. |
|--------|--------------------------|------------|
| 70-086 | Implementing and Supporting Microsoft Systems Management Server 2.0 | TX 5-365-453 |
| 70-089 | Designing, Implementing, and Managing, a Microsoft Systems Management Server 2003 Infrastructure | TX 6-399-395 |
| 70-121 | Designing and Providing Microsoft Volume Licensing Solutions for Small and Medium Organizations | TX 6-416-020 |
| 70-122 | Designing and Providing Microsoft Volume Licensing Solutions to Large Organizations | TX 6-304-959 |
| 70-123 | Planning, Implementing and Maintaining a Software Asset Management (SAM) Program | TX 6-309-886 |
| 70-210 | Installing, Configuring, and Administering Microsoft Windows 2000 Professional | TX 5-365-443 |
| 70-214 | Implementing and Managing Security in a Windows 2000 Network Infrastructure | TX 6-288-472 |
| 70-215 | Installing, Configuring, and Administering Microsoft Windows 2000 Server | TX 5-365-445 |
| 70-216 | Implementing and Administering a Microsoft Windows 2000 Network Infrastructure | TX 5-365-442 |
| 70-217 | Implementing and Administering a Microsoft Windows 2000 Directory Services Infrastructure | TX 5-365-457 |
| 70-218 | Managing a Microsoft Windows 2000 Network Environment | TX 5-790-348 |
| 70-219 | Designing a Microsoft Windows 2000 Directory Services Infrastructure | TX 5-365-461 |
| 70-220 | Designing Security for a Microsoft Windows 2000 Network | TX 5-365-446 |
| 70-221 | Designing a Microsoft Windows 2000 Network Infrastructure | TX 5-365-447 |
| 70-222 | Migrating from Microsoft Windows NT 4.0 to Microsoft Windows 2000 | TX 5-365-448 |
| 70-223 | Installing, Configuring, and Administering Microsoft Clustering Services by Using Microsoft Windows 2000 Advanced Server | TX 5-365-450 |
| 70-224 | Installing, Configuring, and Administering Microsoft Exchange Server 2000 | TX 5-365-458 |
| 70-225 | Designing and Deploying a Messaging Infrastructure with Microsoft Exchange 2000 Server | TX 5-365-459 |
| 70-226 | Designing Highly Available Web Solutions with Microsoft Windows 2000 Server Technologies | TX 6-288-471 |
| 70-227 | Installing, Configuring, and Administering Microsoft Internet Security and Acceleration (ISA) Server 2000, Enterprise Edition | TX 6-288-469 |
| 70-228 | Installing, Configuring, and Administering Microsoft SQL Server 2000 Enterprise Edition | TX 5-365-438 |
| 70-229 | Designing and Implementing Databases with Microsoft SQL Server 2000 Enterprise Edition | TX 6-365-460 |
| 70-270 | Installing, Configuring, and Administering Microsoft Windows XP Professional | TX 5-790-349 |
| 70-271 | Maintaining and Troubleshooting Microsoft Windows XP for Desktop Support Technicians | TX 5-894-835 |
| 70-272 | Maintaining and Troubleshooting Applications on a Microsoft Windows XP Platform for Desktop Support Technicians | TX 6-288-474 |
| 70-281 | Planning, Deploying, and Managing Enterprise Project Management Solutions | TX 6-072-499 |
| 70-282 | Planning, Deploying, and Managing a Network Solution for the Small and Medium-Sized Business | TX 6 -072-501 |
| 70-284 | Implementing and Managing Microsoft Exchange Server 2003 | TX 5-894-834 |
| 70-285 | Designing a Microsoft Exchange Server 2003 Organization | TX 6-072-500 |
| 70-290 | Managing and Maintaining a Microsoft Windows Server 2003 Environment | TX 5-822-904 |
| 70-291 | Implementing, Managing, and Maintaining a Microsoft Windows Server 2003 Network Infrastructure | TX 5-822-902 |

| | | |
|---|---|---|
| 70-292 | Managing and Maintaining a Microsoft Windows Server 2003 Environment for an MCSA Certified on Windows 2000 | TX 5-822-899 |
| 70-293 | Planning and Maintaining a Microsoft Windows Server 2003 Network Infrastructure | TX 5-822-900 |
| 70-294 | Planning, Implementing, and Maintaining a Microsoft Windows Server 2003 Active Directory Infrastructure | TX 5-822-903 |
| 70-297 | Designing a Microsoft Windows Server 2003 Active Directory and Network Infrastructure | TX 5-883-237 |
| 70-298 | Designing Security for a Microsoft Windows Server 2003 Network | TX 5-901-868 |
| 70-299 | Implementing and Administering Security in a Microsoft Windows Server 2003 Network | TX 5-901-867 |
| 70-300 | Analyzing Requirements and Defining Solution Architectures for Microsoft .NET | TX 5-901-873 |
| 70-305 | Developing and Implementing Web Applications with Microsoft Visual Basic .NET and Microsoft Visual Studio .NET | TX 5-901-871 |
| 70-306 | Developing and Implementing Windows-based Applications with Microsoft Visual Basic .NET and Microsoft Visual Studio .NET | TX 5-803-559 |
| 70-330 | Implementing Security for Applications with Microsoft Visual Basic .NET | TX 6-288-473 |
| 70-340 | Implementing Security for Applications with Microsoft Visual C# .NET | TX 6-288-475 |
| 70-350 | Implementing Microsoft Internet Security and Acceleration (ISA) Server 2004 | TX 6-399-400 |
| 70-400 | TS Microsoft® System Center Operations Manager 2007, Configuring | (pending) |
| 70-401 | TS Microsoft® System Center Configuration Manager 2007, Configuring | (pending) |
| 70-431 | TS Microsoft SQL Server 2005 - Implementation and Maintenance | TX 6-309-888 |
| 70-441 | Designing Database Solutions by Using Microsoft SQL Server 2005 | TX 6-420-110 |
| 70-443 | Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005 | TX 6-311-496 |
| 70-444 | Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005 | TX 6-399-398 |
| 70-445 | Microsoft SQL Server 2005 Business Intelligence - Development and Maintenance | TX 6-574-620 |
| 70-446 | Designing a Business Intelligence Solution by Using Microsoft SQL Server 2005 | TX 6-574-621 |
| 70-526 | TS Microsoft .NET Framework 2.0 - Windows-Based Client Development | TX 6-399-394 |
| 70-528 | TS Microsoft .NET Framework 2.0 - Web-Based Client Development | TX 6-399-396 |
| 70-529 | TS Microsoft .NET Framework 2.0 - Distributed Application Development | TX 6-399-397 |
| 70-536 | TS Microsoft .NET Framework 2.0 - Application Development Foundation | TX 6-425-600 |
| 70-540 | TS  Microsoft Windows Mobile - Application Development | TX 6-551-677 |
| 70-541 | TS  Microsoft Windows SharePoint Services 3.0 - Application Development | TX 6-518-889 |
| 70-542 | TS  Microsoft Office SharePoint Server 2007 - Application Development | TX 6-574-619 |
| 70-544 | TS Microsoft® Virtual Earth® 6.0, Application Development | (pending) |
| 70-545 | TS  Microsoft Visio 2007, Application Development | TXu 1-369-929 |
| 70-555 | TS Microsoft® Office Groove 2007, Configuring | (pending) |
| 70-556 | TS Microsoft Office PerformancePoint Server 2007, Applications | (pending) |
| 70-620 | Configuring Microsoft Windows Vista Client | TX 6-599-533 |
| 70-621 | Upgrading your MCDST Certification to MCITP Enterprise Support | TX 6-596-101 |
| 70-622 | Microsoft Desktop Support – ENTERPRISE | TX 6-596-099 |
| 70-623 | Microsoft Desktop Support – CONSUMER | TX 6-596-100 |
| 70-624 | TS Deploying and Maintaining Windows Vista Client and 2007 Microsoft Office System Desktops | TX 6-551-676 |
| 70-630 | TS  Configuring Microsoft Office SharePoint Server 2007 | TX 6-518-887 |
| 70-631 | Configuring Windows SharePoint Services 3.0 | TX 6-518-888 |

| 70-634 | Designing Enterprise Project Management Solutions with Microsoft Office Project 2007 | (pending) |
|---|---|---|
| 70-640 | TS  Windows Server® 2008 Active Directory, Configuring | (pending) |
| 70-642 | TS  Windows Server® 2008 Network Infrastructure, Configuring | (pending) |
| 70-643 | TS  Windows Server® 2008 Applications Infrastructure, Configuring | (pending) |
| 74-131 | Designing an Enterprise Project Management Solution with Microsoft Products and Technologies | TX 6-309-894 |
| 74-132 | Designing a Portal Solution with Microsoft SharePoint Products and Technologies | TX 6-309-893 |
| 74-133 | Customizing Portal Solutions with Microsoft SharePoint Products and Technologies | TX 6-309-892 |
| 74-134 | Pre-installing Microsoft Products and Technologies | TX 6-309-891 |
| 74-135 | Developing E-Business Solutions Using Microsoft BizTalk Server 2004 | TX 6-309-890 |
| 74-137 | Developing Microsoft Office Solutions using XML with Office Professional Enterprise Edition 2003 | TX 6-309-889 |
| 74-138 | Planning and Building a Messaging and Collaboration Environment Using Microsoft Office System and Microsoft Windows Server 2003 | TX 6-399-399 |
| 74-139 | Deploying Business Desktops with Microsoft Windows Server 2003 and Microsoft Office 2003 | TX 6-309-887 |

EXHIBIT 8





Home | All Products | Shopping Cart | User Center

Pass4sure > FAQs



**Pleasant Testing Experience**
with pass4sure testing engine

>> Learn more

## Pass4sure FAQs

**Product Questions**

| | | |
|---|---|---|
| Product Questions | Questions and Answers | |
| Updates | Bundles | Samples |
| Quality | | |

**Purchase Questions**

**General FAQs**

## Product Questions

### What products Pass4sure has currently?

At the moment three different Pass4sure products are available:

- Questions and Answers
  This product should be used as preparation before the exam. Q&As are provided in ZIP format. You can download and run it on your local PC.
- Realistic Labs
  Realistic Labs are available for some of our Cisco exams and Microsoft exams. These are lab scenarios on how to solve the problems as well as detailed tutorial and lab solutions so that people can practice with their own equipments. They give overview of real router configurations so that you become familiar with the testing environment.
- Free samples
  Pass4sure provide the samples for almost all of the products, the questions in the samples are from the full version of the exams and the samples quality is all the same with the full versions. So you can try the samples before you buy to test the quality of Pass4sure exams.

### What type of Testing Engines are used by Pass4sure?

Our products are interactive test engine that can be downloaded online and installed on your local PC. There are two different exams in the test engine: 'practice exam', you can practise before the real exam with this part; ◆virtual exam◆, this part could make you familiar with the testing environment just like you are taking exams in the prometric or VUE testing center.

### Do you provide explanations for all your Q&As ?

**Search**

[          ] Go

Use keywords to find the product you are looking for.

Search Tips

**Member Login**

Useremail: [          ]

Password: [          ]

Login | Register

Forgot password?



**Info Center**
Payment and Shipping
Privacy Notice
Guarantee
FAQs
Free Samples Download
About Us
Contact Us
Careers

**Hot Certification Exams**
**Cisco**

| | | |
|---|---|---|
| 640-822 | 640-802 | 640-816 |
| 642-356 | 642-426 | 642-356 |
| 642-523 | 642-533 | 642-532 |
| 646-562 | 642-565 | 646-362 |

**Microsoft**

| | | |
|---|---|---|
| 70-540 | MB6-513 | 70-632 |
| 70-621 | 70-238 | 70-446 |
| 70-510 | 70-293 | MB6-512 |
| MB5-538 | MB5-537 | MB6-504 |

**HP**

| | | |
|---|---|---|
| HP0-065 | HP0-058 | HP0-052 |
| HP0-P11 | HP0-J11 | HP0-922 |
| HP0-775 | HP0-086 | HP0-069 |

**IBM**

| | | |
|---|---|---|
| 000-889 | 000-918 | 000-445 |
| 000-233 | 000-898 | 000-284 |
| 000-M16 | 000-736 | 000-216 |

**Oracle**

| | | |
|---|---|---|
| 1z0-200 | 1z0-213 | 1z0-223 |

We do not provide explanations for all of our questions, but we provide the best quality Q&As. You can get almost all the real questions from our exam pool. so just follow and master all the Q&As in our exams, then it's enough for you to pass the exam. In this way you can save a lot time and energy for yourself which is more value than money.

## Does Pass4sure provide simulations/ labs in your products?

In fact Pass4sure does not provide simulations/labs for all products except a few Mircrosoft certifications 70 series, for the simulations/labs take very low value in all exams except Mircrosoft 70 series. Though skip them you can pass the exam easily with our Q&As. They would not affect the final scores! Just follow and master all the Q&As we provide, then it's enough and sure to pass any exams!

## Could your exams be printed (does Pass4sure provide exams in pdf format)?

All our exams could not be printed and we won't allow anyone to print our products, we reserve all the rights of Pass4sure products! All our products only can be downloaded online and install on your local PC. The reaon for this is that we have to prevent the pirate files to spread, we can not guarantee the quality of those pirate files, they will deduce our company's fame and do harm for teh candidats to prepare for the exams. We have met too many users who failed the exams with the pirate study materials but have to buy our authorized products again. By the way, from our experience and customer�s feedbacks, interactive testing engine is the best way for study because it has similar testing environment as the Prometric and VUE testing center.

## Can I pass an exam with Pass4sure Q&As only?

Sure! It is certain! Since all of our products are the latest versions which match the current exams very well, and all of the questions have covered all the real exams, so what you need to do is just follow and master all the Q&As we provide, then you can pass the exam at your first attempt. We provide you guarantee, if you could not pass the exam with our products we will refund you and offer you another free exam. For more information please refer to the guarantee policy from the information center.

## My downloaded file is a .zipped file, how do I open it?

Your product has been "zipped" or compressed to save space and for efficient transmission from our server to your PC. You can "unzip" or decompress your files by using widely used utilities such as WinZip (http://www.winzip.com).
Once you have unzipped your application you will be able to launch or install it on your PC, simply double click on the file you have decompressed.

## What software do you recommend for unzipping?

Pass4sure recommends the WinZip compression/decompression utility located at http://www.winzip.com.

## What are the requirements for the interactive testing engine?

At the moment there are four requirements:

- You need a Windows Operating System
- You need to have permission to install programs on your PC
- You need to install the Java Runtime Environment (JRE)
- Your computer must be able to access the Internet

## How do I install the Java Runtime Environment (JRE)?

It will automatically be installed when you run the first product in the new format. You can also manually install the JRE from http://www.java.com/en/download/manual.jsp

## What are the different Pass4sure products are available?

At the moment two different Pass4sure products are available:

- Study Guides (Concepts and Labs)
  Gives you the theoretical background and the practical know-how. Study Guides are provided in ZIP

format. You download it and use it on your local PC
- Questions and Answers
This product should be used as preparation before the exam.
Q&A's are provided in ZIP format. You download it and use it on your local PC.

## My downloaded file has a .zip extension, how do I open it?

You product has been "zipped" or compressed to save space and for efficient transportation from our server to your PC. You can "unzip" or decompress your files by using widely used utilities such as WinZip (http://www.winzip.com).
Once you have unzipped your application you will be able to launch or install it as you would any other application, simply double click on the file you have decompressed.

## What software do you recommend for unzipping?

Pass4sure recommends the WinZip compression/decompression utility located at http://www.winzip.com.

## What are the requirements for the interactive testing engine?

At the moment there are three requirements:

- You need a Windows Operating System
- You need to have permission to install programs on your PC
- You need to install the Java Runtime Environment (JRE)

## How do I install the Java Runtime Environment (JRE)?

It will automatically be installed when you install the first product in the new format. You can also manually install the JRE from http://www.java.com/en/download/manual.jsp

## Questions and Answers

### What does your Q&A entail?

Our Q&A contains simulated exam questions with the most accurate answers. With our Q&A you should be able to pass the certification exam at your first attempt. More information can be found on our products page.

### Can I pass an exam with Pass4sure Q&A only?

Yes, it is possible. However, we recommend that you use one extra source, such as the Pass4sure StudyGuide, to provide the theoretical background and the practical hands-on experience.

## Updates

### Is your update free?

We provide 90 days free update after the purchase. After 90 days the product is considered expired and can not be activated any longer. In such case, you must login the user center to extend the product. You need pay only 60% of the exam price

### Is it possible to extend the update period of an expired product?

You only need to pay 60% of the original price. The authorization will be reset again so that you can activate the exam and run it. Also we provide some of our customers special update period longer than 3 months. For example, the customers who buy more than 5 exams for the first time, we will prolong the update period for them.

### Are there products that have more than 90 days of free updates?

Unlimited bundles, such as Unlimited Microsoft, Unlimited CompTIA, etc, have no expiration date. Is it possible to extend the update period of an expired product? Expired products can be repurchased at 50% discount from within your member zone.

## How often are your products updated?

In fact there is no fix date for update for all exams, so there is no normal date for change! All Pass4sure products on the website are the latest versions and the products are reviewed and updated on a continuous basis. The certification vendors often change the skills being tested in the exams. So if there is any change for any exams, we will update it within the following 24 hours, and send email to our corresponding customers! So everyone who bought our products will always have the newest questions in the 90 days after their purchase!

## How do I know that there has been an update?

There are several way

- The New Releases section on www.Pass4sureure.com. You will notice the rapid updates there. Pass4sure makes several updates every day.
- Status of an purchased product can be found on the download page in the member center. You can login the user center to check the status of your products.
- Pass4sure will also send email to our corresponding customers to notice them that there is change to certain exams, and customers who bought this exam could download the new version exam for free from the user center. If you never receive the email from us to notice the update, then you still keep the latest version of the exam, just memorize all of the questions and answers in the exams, then you will pass the exam and get high scores!

## How do I receive my updated exam?

Go to www.Pass4sure.com, find if there are some update news. Check your mailbox, we will send the updated notice to you If there is any change to the exam you have bought then please firstly delete the exam you have downloaded and go to the user center on our website to download the new version exam after you enter your user name and password. For our customers whose exams have been expired, please login the user center to extend the exam, then you will get the latest version.

## There has been an update but when I download I still got the old version. What should I do?

The old version is probably cached at your computer. Delete the exam you have installed on your PC and try to restart Internet Explorer, restart the computer or clear the local web cache to download the exam again.

## Bundles

## What types of bundles does Pass4sure offer?

- We do not provide fix bundles, but we provide special price for those who buy more than 5 exams at one time!
- Ordinary bundles containing around 5 to 12 products. Customers who buy a bundle of exams for the same series once could get premium for bundle price. For example, CompTIA A+,CCNP, MCSE2002 Core.
- Unlimited bundle Customers who buy more than 3 exams once could also get bundle price. Customers who want to buy products in bundles please come to the livesupport to ask for a bundle discount . If you intend to make a larger purchase and it does not fit the bundles mentioned above, please contact sales@pPass4surere.com or come to the livesupport. They will give you explanation in detail for our bundle policy and offer you a special price for the purchase.

## Samples

## Your products sound good, but I'd like to try before I buy. Do you have some samples?

Yes, we do! Pass4sure offers free sample for each product. You can check out the interface, question quality and usability of our practice and virtual exams before you decide to buy. Just click the button 'Try Demo' on our website , you can download the free demo and install it on your local PC and also you can

download the certain free samples from the information center. If you have any trouble in downloading the demo please contact us by support@Pass4sure.com or come to our livesupport to start a livechat. We can also send the demo to you, by the way please close your firewall and proxy when you run the demo. All of our products including the samples are of the same quality, so you can test the quality of all our products with just try one sample of our products.

**I want a sample of another Pass4sure product. Is this possible?**

Yes, we can provide samples of all our products. Just mail your sample request to feedback@pass4sure.com and you will reveive any sample you want promptly.

## Quality and Value

**What is the quality of Pass4sure products?**

Pass4sure provides high quality IT exam practice questions and answers. Especially, Microsoft MCTS MCPD MCDST, Cisco CCNA CCDA CCNP CCIE, Checkpoint CCSE, CompTIA A+ Network+ certification practice exams and so on.
Pass4sure Practice Exams are written to the highest standards of technical accuracy, using only certified subject matter experts and published authors for development. Our goal is that our questions have at least 95% coverage and accuracy. So if you master all of the contents of our exams deeply you could get as high as t 950+scores even at your first attempt.
So we promise that you can pass any IT exam at the first try using Pass4sure Testing Engine, or else give you a FULL REFUND.

**How is the quality of the Pass4sure products achieved?**

Our experts including all of the certifications such as MCSEs, MCDBAs etc, develop the questions and verify the answers. Through analyzing the certification exams from different vendors increases the accuracy of the answers. We also receive customer feedback on our products. So, we constantly have to review our products which could guarantees a high quality of our products.

**I think I have found an incorrect answer in one of your products/I don't understand one of questions/One of the questions seems incorrect. What should I do?**

In such cases, please feedback to us by support@Pass4sureure.com. You should send the contents including:

- Your order number.
- Exam code.
- Question number.

We will check with our tech team and reply you promptly.

**How is the quality of the Pass4sure products achieved?**

Pass4sure experts, including MCSEs, MCDBAs, MCTs, CCNPs, CCIEs, etc. verify the answers and provide explanations. Especially providing explanations increases the accuracy of the answers. We also receive custome

## Related Links

- Payment and shipping
- Privacy Notice
- Gaurantee
- FAQs
- About Us