UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICROSOFT CORPORATION )<br>) <br>Plaintiff ) <br>) <br>vs. ) <br>) <br>Test4cert Limited d/b/a www.pass4sure.com; )<br>Freetech Services Ltd. d/b/a )<br>www.pass4sure.com; and )<br>JOHN DOES 1-10 d/b/a www.pass4sure.com, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br><br><br><br><br><br>July 17, 2008 |

### **DECLARATION OF PEGGY CROWLEY**

I, Peggy Crowley, declare as follows:

1.  I am employed by plaintiff Microsoft Corporation ("Microsoft"), and have been since 1997. I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

#### **Professional Experience**

2.  Microsoft is in the business of, among other things, certifying the competency of individuals engaged in various fields of the information technology industry (hereinafter, "Certification Programs").

3.  I currently serve as the Anti-Piracy Program Manager for Microsoft Learning's Certification and Assessments group at Microsoft. One of my primary areas of responsibility at Microsoft is the security of Microsoft's Certification

Programs.  In 1993, I earned a Bachelor of Arts from the University Of Washington and in 1996 I earned a Masters of Library and Information Science from the University of British Columbia.

4.   I was formerly part of a group of Anti-Piracy specialists that receives on-going training and updating on Microsoft software identification and distribution practices.  One of my primary areas of responsibility was the identification and analysis of counterfeit, infringing and genuine Microsoft product including software, license agreements, distribution, packaging and other related parts and hardware.  In this role I have conducted product identification for federal law enforcement agencies such as the Seattle FBI.  I have over 1000 hours of experience in identifying genuine and counterfeit Microsoft hardware and components.

5.   In my current role at Microsoft, I conduct presentations and training seminars for the Microsoft Certified Professional community regarding all aspects of exam fraud.  For example I have conducted presentations at Microsoft's TechEd conference for developers round the world.

6.   I will receive no compensation in connection with my work in this matter other than my normal salary.  Based on my employment duties and responsibilities and in the ordinary course of Microsoft's business, I have gained and have personal knowledge of the facts set forth below or have reason to believe them to be true.

7.  The purpose of Microsoft's Certification Programs are: (1) to set an industry wide, worldwide recognized standard for basic competency levels in various fields of the information technology industry; (2) to maximize efficiency in recruiting, hiring, training, and promoting employees; (3) to help fill the needs of today's information technology workforce by providing individuals with skills in demand; and (4) to provide industry educators with the standards necessary to prepare individuals to meet the job skills of today.

8.  In order to become certified under any of Microsoft's various Certification Programs, a candidate must pass the required Certification Exam(s).

9.  Microsoft's Certification Programs include, but are not limited to, the following: (1) Microsoft Certified Technology Specialist (MCTS); (2) Microsoft Certified IT Professional (MCITP); (3) Microsoft Certified Professional Developer (MCPD); (4) Microsoft Certified Architect (MCA) Program; (5) The Microsoft Certified Desktop Support Technician (MCDST); (6) Microsoft Certified Learning Consultant (MCLC); (7) Microsoft Certified Systems Administrator (MCSA); (8) Microsoft Certified Systems Engineer (MCSE); (9) Microsoft Certified Database Administrator (MCDBA); (10) Microsoft Certified Trainer (MCT); (11) Microsoft Certified Application Developer (MCAD); (12) Microsoft Certified Solution Developer (MCSD); (13) Microsoft Certified Business Management Solutions Specialist; (14) Microsoft Certified Business Management Solutions Professional; (15) Microsoft Office Specialist (Office Specialist); (16) Microsoft Certified

-4-

Application Specialist (MCAS); (17) Microsoft Certified Application Professional (MCAP); and (18) Microsoft Certified Professional (MCP) (collectively, "Certification Programs").

10. Microsoft protects its Certification Exams through a variety of methods, including, but not limited to requiring its certified professionals to agree to a Non-Disclosure Agreement. Students who pass the necessary Certification Exams are eligible to designate themselves as Certified in a particular professional competency. Before an individual may use such designation, he or she must agree to the Microsoft Certified Professional Program Agreement ("MCPPA"), which identifies the Certification Exams as Microsoft's trade secrets and prohibits, among other things, unauthorized disclosure or distribution of Certification Exam materials.

11. Microsoft registers the copyrights in its exams using the "secure" filing procedure with the United States Copyright Office. True and correct copies of the certificates of registration for each of the relevant exams at issue are attached to the Complaint as Exhibits 3 through 6. It is my understanding that at all times since their creation, Microsoft has been, and still is, the sole owner of all right, title and interest in, and to, the aforementioned Certification Exams, all corresponding Certificates of Registration, and any subsequent versions thereof.

12. Microsoft further protects its Certification Exams by utilizing technological measures such as password protection and "click through" licenses

to effectively control access to the exams, granting access to the exams only to those individuals authorized by Microsoft.

13. Exams are delivered to the test centers via a secure connection to a secure, dedicated server at the test center. A proctor is required to be physically onsite and visually monitoring the candidate at all times during the exam. The use of video monitoring may be in used to aid this monitoring. No electric devices are allowed in the test center.

14. Microsoft fields complaints from legitimately certified individuals concerning the availability of study materials which contain actual test questions and answers.

15. As part of my ongoing duties for Microsoft, I regularly analyze materials to determine whether they are identical to or substantially similar to Microsoft's copyrighted materials, including its Certification Exams. In my position at Microsoft, I am one of only eleven individuals authorized to access and review our secure Certification Exams for the purpose of making such comparisons.

**Examination of Materials from Defendants**

16. I have personally examined and am familiar with the purported training materials distributed by the Defendants as set forth in Paragraph 20 of the Complaint.

17.     On or about May 13, 2007, an investigator received a product from the Defendants identified as "MCSE Managing and Maintaining a Microsoft Windows Server 2003 Environment : 70-290 Exam". I subsequently examined this product and conducted a side by side comparison to Microsoft's copyrighted 70-290 Exam. My analysis revealed that the Defendants' product was substantially similar to Microsoft's 70-290 Exam. Indeed, this comparison revealed that 172 out of 237 questions and answers from the Defendants' product were identical – that is, exact matches to the exam questions and answers contained on the 70-290 Exam. Furthermore, most of the remaining questions and answers differed only in minor details (such as changing a referenced company name from "Company X" to "Company Y").

18.     On or about May 13, 2007, an investigator received a product from the Defendants identified as "Microsoft SQL Server 2005 Implementation & Maintenance: 70-431 Exam". I subsequently examined this product and conducted a side by side comparison to Microsoft's 70-431 Exam. My analysis revealed that the Defendants' product was identical to Microsoft's copyrighted 70-431 Exam. Indeed, this comparison revealed that 70 out of 70 questions from the Defendants' product were exact matches to the exam questions and answers contained on the 70-431 Exam.

19.     On or about May 14, 2007, an investigator received a product from the Defendants identified as "MCSE Planning, Deploying, and Managing and

Enterprise Project Management Solution: 70-281 Exam". I subsequently examined this product and conducted a side by side comparison to Microsoft's 70-281 Exam. My analysis revealed that the Defendants' product was substantially similar to Microsoft's copyrighted 70-281 Exam. Indeed, this comparison revealed that 96 out of 150 questions from the Defendants' product were identical – that is, exact matches to the exam questions and answers contained on the 70-281 Exam. Furthermore, most of the remaining questions and answers differed only in minor details (such as changing a referenced company name from "Company X" to "Company Y").

20.     On or about May 14, 2007, an investigator received a product from the Defendants identified as "MCSE Installing, Configuring, and Administering Microsoft Windows XP Professional: 70-270 Exam". I subsequently examined this product and conducted a side by side comparison to Microsoft's 70-270 Exam. My analysis revealed that the Defendants' product was substantially similar to Microsoft's copyrighted 70-270 Exam. Indeed, this comparison revealed that 117 out of 173 questions from the Defendants' product were identical – that is, exact matches to the exam questions and answers contained on the 70-270 Exam. Furthermore, most of the remaining questions and answers differed only in minor details (such as changing a referenced company name from "Company X" to "Company Y").

-8-

**Infringement Warnings to Defendants**

21.     The Defendants have continued these infringing practices despite receiving multiple warnings from Microsoft.

22.     From August 2007 through March 2008, Microsoft had numerous contacts with the Defendants, as well as involved third-parties including the Host of the Pass4sure website. (Notably, the Defendants communicated solely through email and the speaker identified himself only as "Mike.")  As a result of these contacts, the Defendants were suspended by their Host on at least one occasion and transferred to different hosting companies in an effort to continue their misconduct.  Throughout these communications, Microsoft advised the Defendants of the infringing and other improper conduct occurring on the Pass4sure website, identifying offending links and requesting that these links be disabled.  In response to these inquiries, the Defendants consistently apologized for their conduct and agreed to disable offending links.  In reality, however, the Defendants would often remove an offending link identified by Microsoft and relocate the item at issue to a different point in the website, or otherwise alter the manner in which the materials could be accessed.  This type of misconduct required that Microsoft diligently monitor and investigate the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2008.

                                                     /s/ _____
                                                    Peggy Crowley