UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | CIVIL ACTION |
| | ) | NO. |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Test4cert Limited d/b/a www.pass4sure.com; | ) | |
| Freetech Services Ltd. d/b/a | ) | |
| www.pass4sure.com; and | ) | July 18, 2008 |
| JOHN DOES 1-10 d/b/a www.pass4sure.com, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN FRETTS

I, John Fretts, declare as follows:

1.      I am a private investigator in the State of Connecticut and associated with Seymour Investigative Services, LLC.  I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

### Professional Experience

2.      My areas of responsibility at Seymour Investigative Services, LLC ("SIS") range from conducting private investigations to serving as a computer forensics consultant.  I have been associated with SIS since 2008.

3.      From March 2008 to the present, I also perform consulting services for Key Computer Service, Inc. located in Brentwood, Tennessee.  In that

capacity I teach a course in basic computer forensics and am involved in course development.

4.      Prior to joining SIS, I served as the Director of Investigations for SSC, Inc. ("SSC") located in Shelton, Connecticut from 2004 through 2007.  In this position, I had supervisory authority over a unit providing corporate support in the areas of undercover purchase of counterfeit computer hardware, fraud investigation, computer misuse, employee misconduct, among other matters.

5.      Prior to joining SSC, I served as a Special Agent in the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") from 1976 to 2004. Throughout my twenty-eight (28) year career with the ATF, I served as a Criminal Investigator, Project Officer, Resident Agent in Charge, and Computer Forensic Specialist.  I have conducted numerous Federal criminal and computer forensic investigations and I have received specialized training in investigative techniques and procedures.

### Test Purchases and Investigation of Defendants

6.      SIS was retained in this matter to execute the undercover purchase of various materials being offered through a website known as www.pass4sure.com.  I performed all of these activities within the State of Connecticut.

7.      On May 13, 2008, I visited the Defendants' website, www.pass4sure.com.  At that time, I purchased two products offered by the

Defendants. The first product was identified as "MCSE Managing and Maintaining a Microsoft Windows Server 2003 Environment : 70-290 Exam" and was offered for the price of $59.99. The second product was identified as "Microsoft SQL Server 2005 Implementation & Maintenance : 70-431 Exam" and was offered for the price of $79.99.

8. At that time, I made payment to the Defendants via PayPal in the total amount of $139.98. The credit card transaction through PayPal indicated that the merchant associated with the purchase would be identified on the credit card statement as "PASS4SURE". The merchant contact information was disclosed as follows: "Pass4sure, support@pass4sure.com, +86 2566861540".

9. I subsequently received an email message from sales@pass4sure.com which stated: *"Your order No[.] is . . . we have confirmed your payment, and Now you can download engine and install it. By the way, let's give you some guide for usage of the engine. First login into your account center at http://www.pass4sure.com/membercenter.asp[.] If you forget your password, please use your username to get back your password. Second, click the button named current products in the left side of the user Center page, you will see the download button for your product, then please download it. It is a zipped file, unzip it and install it[.] Second, you need run this program, when you open it, you need input your order number and your Authorize Code at the first time. In our experience, if you have a firewall of antivirus software Please switch them off*

*first, otherwise Authorize process will fail[.]  If you have any problems for the usage, don't hesitate to contact us by livechat or e-mail.  Thanks, by the way, you will pass4sure, trust us, and after you pass Please send an e-mail to tell us, let's share the happiness with you."*

10.     I subsequently followed the instructions as outlined in paragraph 9 above and downloaded the purchased materials to a personal computer.    I subsequently forwarded the purchased materials onto Microsoft for analysis.

11.     On May 14, 2008, I again visited the Defendants' website, www.pass4sure.com.  At that time, I purchased two other products offered by the Defendants.

12.     The first product was identified as "MCSE Planning, Deploying, and Managing an Enterprise Project Management Solution : 70-281 Exam" and was offered for the price of $59.99.  At that time, I made payment for this product via credit card through Metacharge, a third-party payment processor utilized to complete payment transactions between consumers and online merchants.  The payment was billed and appears on the credit card statement as having been made to "TEST4CERT".

13.     The second product that I purchased at that time was identified as "MCSE Installing, Configuring, and Administering Microsoft Windows XP Professional : 70-270 Exam" and was offered for the sale price of $79.99.  At that time, I again made payment for this product via credit card through Metacharge.

The payment was billed and appears on the credit card statement as having been made to "TEST4CERT".

14.     After making the purchases discussed in paragraphs 11 through 13 above, I received an email which was substantially similar to the correspondence set forth in paragraph 9 above.

15.     I subsequently followed the instructions as outlined in paragraph 9 above and downloaded the purchased materials to a personal computer.   I subsequently forwarded the purchased materials onto Microsoft for analysis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July, 2008.

_____/s/_____
John Fretts