UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2008 AUG -5 A 9: 36

US DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MICROSOFT CORPORATION )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Test4cert Limited d/b/a www.pass4sure.com; )<br>Freetech Services Ltd. d/b/a )<br>www.pass4sure.com, and )<br>JOHN DOES 1-10 d/b/a www.pass4sure.com, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 3:08cv1111 (JCH)<br><br><br><br><br><br>August __, 2008 |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF MICROSOFT'S *EX PARTE* MOTION FOR (1) TEMPORARY RESTRAINING ORDER ENJOINING DISTRIBUTION OF MICROSOFT PRODUCTS AND ENJOINING TRANSFER OF OFFENDING DOMAIN NAME, (2) TEMPORARY ORDER IMPOUNDING MICROSOFT PRODUCTS, AND (3) ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court upon plaintiff Microsoft Corporation's ("Microsoft") *Ex Parte* Application for (1) a Temporary Restraining Order enjoining Defendants Test4cert Limited d/b/a www.pass4sure.com and Freetech Services Ltd. d/b/a www.pass4sure.com (collectively, "Pass4sure" or "Defendants") from distributing copies of Microsoft products or purported Microsoft test preparation materials, (2) a Temporary Impoundment Order directing Defendants to preserve all Microsoft products or purported Microsoft test preparation materials pending an inspection, segregation and eventual impoundment of all infringing property, (3) an Order preventing the Defendants from transferring the offending domain name pending the outcome of this litigation, and (4) a Show Cause Order requiring Defendants to appear and show cause why the Temporary Restraining Order and Temporary Impoundment Order should not

remain in place pending (a) the inspection and impoundment, and (b) an evidentiary hearing or further action by the Court to determine whether the provisional relief shall remain in effect pending the trial in this action. Having reviewed the materials submitted, and being fully advised, the Court GRANTS Microsoft's Application as follows:

(1)     The Court GRANTS Microsoft's *Ex Parte* Application without notice to Defendants because the Court finds that there is a real and substantial probability that Defendants will secrete or transfer beyond the Court's jurisdiction the Microsoft Certification Exam materials or other products that are the subject of this Temporary Restraining Order.

(2)     The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary Restraining Order enjoining Defendants' distribution of Microsoft Certification Exam materials upon finding that plaintiff Microsoft has carried its burden of showing the injunction is necessary to prevent irreparable harm, and has further demonstrated likelihood of success on the merits, or, at the very least, sufficiently serious questions going to the merits of the claim, and that the balance of the hardships tips decidedly in its favor.

(3)     The Temporary Restraining Order is granted pursuant to Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502.

(4)     The Court hereby RESTRAINS AND ENJOINS Defendants, and any persons or entities acting on their behalf, from advertising, distributing or selling any Microsoft Certification Exam materials or practice exam materials related to same.

(5)   The Court hereby RESTRAINS AND ENJOINS the Defendants from transferring the offending domain name www.pass4sure.com pending further Order of the Court.

(6)   This Temporary Restraining Order shall take effect immediately and shall remain in effect pending the Show Cause Hearing in Paragraph 13, or further order of this Court. Defendants may apply to the Court for dissolution or modification of this Temporary Restraining Order on two court days' notice to Microsoft.

(7)   The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary Impoundment Order upon finding that plaintiff Microsoft has carried its burden of showing the injunction is necessary to prevent irreparable harm, and has further demonstrated likelihood of success on the merits, or, at the very least, sufficiently serious questions going to the merits of the claim, and that the balance of the hardships tips decidedly in its favor.

(8)   The Temporary Impoundment Order is granted pursuant to Federal Rule of Civil Procedure 65 and 17 U.S.C. § 503(a).

(9)   The Court hereby RESTRAINS AND ENJOINS Defendants, and any persons or entities acting on their behalf, from transferring, removing or disposing of any Microsoft Certification Exam materials in their possession, custody or control.

(10)  The Court hereby IMPOUNDS all Microsoft Certification Exam materials, and purported Microsoft practice exam materials, in Defendants' possession, custody or control. Defendants are further ORDERED to identify in writing to plaintiff's counsel, not less than two court days before the Show Cause Hearing in Paragraph 13, the location or locations of all such products and components.

(11)  This Temporary Impoundment Order shall take effect immediately and shall remain in effect pending the Show Cause Hearing in Paragraph 13, or further order of this Court. Defendants may apply to the Court for dissolution or modification of this Temporary Impoundment Order on two court days' notice to Microsoft.

(12)  The bonds previously filed by Microsoft shall serve as security for all claims with respect to this Temporary Restraining Order and Temporary Impoundment Order, and any additional injunctive relief ordered by the Court in this action.

(13)  Defendants are ordered to appear on August 15, 2008, at 10 a.m./~~p.m.~~, and show cause why Temporary Restraining Order and Temporary Impoundment Order should not remain in effect pending (i) the inspection, segregation and impoundment of any illicit, counterfeit, tampered and/or infringing Microsoft Certification Exam materials in their possession, custody or control, and (ii) an evidentiary hearing or further action by the Court to determine whether the provisional relief ordered herein shall remain in effect pending the trial in this action.

(14)  Defendants shall serve and file any papers in opposition to the continued restraint and impoundment not less than two court days before the Show Cause Hearing.

Entered August 5, 2008, at 9:00 a.m./~~p.m.~~

/s/ Warren W. Eginton, SUSDJ
_____
Hon. Warren W. Eginton
Senior  United States District Judge