UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**FILED**

2008 AUG 14  A 10: 58

DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MICROSOFT CORPORATION ) | |
| ) | CIVIL ACTION |
| Plaintiff ) | NO. 3:08cv1111(JCH) |
| ) | |
| vs. ) | |
| ) | |
| Test4cert Limited d/b/a www.pass4sure.com; ) | |
| Freetech Services Ltd. d/b/a ) | |
| www.pass4sure.com, and ) | August 14, 2008 |
| JOHN DOES 1-10 d/b/a www.pass4sure.com, ) | |
| ) | |
| Defendants. ) | |

## [~~Proposed~~] PRELIMINARY INJUNCTION

**Good Cause appearing therefore, IT IS ORDERED:**

First, that the Temporary Restraining Orders issued *ex parte* by this Court on July 28, 2008, shall continue in full force and effect until October 15, 2008, or until otherwise ordered by this Court.

Second, that, until October 15, 2008, or until otherwise ordered by this Court, Defendants, along with their agents, representatives, servants, employees, successors and assigns, shall be RESTRAINED AND ENJOINED from:

1) making, copying, advertising, distributing or selling any of the Microsoft Certification Exams identified in Schedule A attached hereto, or any portions thereof, including any questions or answers, or purported Microsoft study guides or related materials (collectively, "Microsoft Materials");

2) transferring, removing or disposing of any Microsoft Materials in their possession, custody or control;

3) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft Materials, or Microsoft's registered copyrights, trademarks or service mark including, in connection with any item or thing not authorized or licensed by Microsoft;

4) using any false designation of origin or false description which can or is likely to lead the trade or public or any other individuals erroneously to believe that any materials, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

5) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected Certification Programs and/or Certification Exams in any of Defendants' websites or trade or corporate names;

6) engaging in any other activity constituting an infringement of any of Microsoft's copyrights, trademarks, and/or service mark, or of Microsoft's rights in, or right to use or to exploit these copyrights, trademarks, and/or service mark, or constituting any dilution of Microsoft's name, reputation, or goodwill;

7) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in this Preliminary Injunction;

8) destroying any electronic data files, e-commerce records, e-mail communications, customer records, shipping records, telephone logs and other materials that relate to their business practices (including but not limited to records reflecting Defendants' acquisition or distribution of Microsoft Materials and/or purported Microsoft products);

9) transferring any of the following domain names/websites to another registrar or to any other party: www.pass4sure.com; www.pass4sure.org;

www.certay.com; www.test4cert.com, and any other website identified by Defendants pursuant to this Order as set forth below (the "Pass4sure Websites"); and

10) utilizing the Pass4sure Websites or any other website or domain name to make, copy, sell, transfer, or distribute Microsoft Materials or any other materials that infringe Microsoft's trademarks or copyrights.

The Court Orders that Defendants shall, within 7 days of the entry of this Stipulated Preliminary Injunction, identify to Microsoft in writing all websites owned, controlled, or operated by Defendants, and/or by any person or entity affiliated with or responsible for the Pass4sure Websites, that sell or distribute, or which have sold or distributed within the previous 12 months, any Microsoft Materials.

The Court further Orders that Defendants shall, within 7 days of the entry of this Stipulated Preliminary Injunction, identify to Microsoft in writing all online payment processors and financial institutions that have been utilized by Defendants, and/or by any person or entity affiliated with or responsible for the Pass4sure Websites, to process payments related to the sale of Microsoft Materials within the previous 12 months.

By agreeing to this Stipulated Preliminary Injunction, Defendants do not admit any liability in this case and this Stipulation shall not be construed as such. Defendants also do not waive (and specifically reserve) any and all defenses they might have in this case (including but not limited to those enumerated in Rule 12(b)) or any arguments in opposition to Microsoft's requests for injunctive relief except as specifically set forth herein. Nor shall Microsoft be deemed to have waived any arguments in favor of any requested relief.

The Court further Orders that the bond Microsoft previously filed with the Court shall be released and that no bond is necessary as security for this Stipulated Preliminary Injunction.

The hearing scheduled for August 15, 2008, is canceled.

SO ORDERED.

Signed this 14 day of August, 2008, at 10:00 a.m./p.m.

/s/ Warren W. Eginton, SUSDJ
Hon. Warren W. Eginton
Senior United States District Judge

## Schedule A

| Exam # | Certification Exam Title | © Reg. No. |
|---|---|---|
| 70-086 | Implementing and Supporting Microsoft Systems Management Server 2.0 | TX 5-365-453 |
| 70-089 | Designing, Implementing, and Managing, a Microsoft Systems Management Server 2003 Infrastructure | TX 6-399-395 |
| 70-121 | Designing and Providing Microsoft Volume Licensing Solutions for Small and Medium Organizations | TX 6-416-020 |
| 70-122 | Designing and Providing Microsoft Volume Licensing Solutions to Large Organizations | TX 6-304-959 |
| 70-123 | Planning, Implementing and Maintaining a Software Asset Management (SAM) Program | TX 6-309-886 |
| 70-210 | Installing, Configuring, and Administering Microsoft Windows 2000 Professional | TX 5-365-443 |
| 70-214 | Implementing and Managing Security in a Windows 2000 Network Infrastructure | TX 6-288-472 |
| 70-215 | Installing, Configuring, and Administering Microsoft Windows 2000 Server | TX 5-365-445 |
| 70-216 | Implementing and Administering a Microsoft Windows 2000 Network Infrastructure | TX 5-365-442 |
| 70-217 | Implementing and Administering a Microsoft Windows 2000 Directory Services Infrastructure | TX 5-365-457 |
| 70-218 | Managing a Microsoft Windows 2000 Network Environment | TX 5-790-348 |
| 70-219 | Designing a Microsoft Windows 2000 Directory Services Infrastructure | TX 5-365-461 |
| 70-220 | Designing Security for a Microsoft Windows 2000 Network | TX 5-365-446 |
| 70-221 | Designing a Microsoft Windows 2000 Network Infrastructure | TX 5-365-447 |
| 70-222 | Migrating from Microsoft Windows NT 4.0 to Microsoft Windows 2000 | TX 5-365-448 |
| 70-223 | Installing, Configuring, and Administering Microsoft Clustering Services by Using Microsoft Windows 2000 Advanced Server | TX 5-365-450 |
| 70-224 | Installing, Configuring, and Administering Microsoft Exchange Server 2000 | TX 5-365-458 |
| 70-225 | Designing and Deploying a Messaging Infrastructure with Microsoft Exchange 2000 Server | TX 5-365-459 |
| 70-226 | Designing Highly Available Web Solutions with Microsoft Windows 2000 Server Technologies | TX 6-288-471 |
| 70-227 | Installing, Configuring, and Administering Microsoft Internet Security and Acceleration (ISA) Server 2000, Enterprise Edition | TX 6-288-469 |
| 70-228 | Installing, Configuring, and Administering Microsoft SQL Server 2000 Enterprise Edition | TX 5-365-438 |

| | | |
|---|---|---|
| 70-229 | Designing and Implementing Databases with Microsoft SQL Server 2000 Enterprise Edition | TX 6-365-460 |
| 70-270 | Installing, Configuring, and Administering Microsoft Windows XP Professional | TX 5-790-349 |
| 70-271 | Maintaining and Troubleshooting Microsoft Windows XP for Desktop Support Technicians | TX 5-894-835 |
| 70-272 | Maintaining and Troubleshooting Applications on a Microsoft Windows XP Platform for Desktop Support Technicians | TX 6-288-474 |
| 70-281 | Planning, Deploying, and Managing Enterprise Project Management Solutions | TX 6-072-499 |
| 70-282 | Planning, Deploying, and Managing a Network Solution for the Small and Medium-Sized Business | TX 6-072-501 |
| 70-284 | Implementing and Managing Microsoft Exchange Server 2003 | TX 5-894-834 |
| 70-285 | Designing a Microsoft Exchange Server 2003 Organization | TX 6-072-500 |
| 70-290 | Managing and Maintaining a Microsoft Windows Server 2003 Environment | TX 5-822-904 |
| 70-291 | Implementing, Managing, and Maintaining a Microsoft Windows Server 2003 Network Infrastructure | TX 5-822-902 |
| 70-292 | Managing and Maintaining a Microsoft Windows Server 2003 Environment for an MCSA Certified on Windows 2000 | TX 5-822-899 |
| 70-293 | Planning and Maintaining a Microsoft Windows Server 2003 Network Infrastructure | TX 5-822-900 |
| 70-294 | Planning, Implementing, and Maintaining a Microsoft Windows Server 2003 Active Directory Infrastructure | TX 5-822-903 |
| 70-297 | Designing a Microsoft Windows Server 2003 Active Directory and Network Infrastructure | TX 5-883-237 |
| 70-298 | Designing Security for a Microsoft Windows Server 2003 Network | TX 5-901-868 |
| 70-299 | Implementing and Administering Security in a Microsoft Windows Server 2003 Network | TX 5-901-867 |
| 70-300 | Analyzing Requirements and Defining Solution Architectures for Microsoft .NET | TX 5-901-873 |
| 70-305 | Developing and Implementing Web Applications with Microsoft Visual Basic .NET and Microsoft Visual Studio .NET | TX 5-901-871 |
| 70-306 | Developing and Implementing Windows-based Applications with Microsoft Visual Basic .NET and Microsoft Visual Studio .NET | TX 5-803-559 |
| 70-330 | Implementing Security for Applications with Microsoft Visual Basic .NET | TX 6-288-473 |
| 70-340 | Implementing Security for Applications with Microsoft Visual C# .NET | TX 6-288-475 |
| 70-350 | Implementing Microsoft Internet Security and Acceleration (ISA) Server 2004 | TX 6-399-400 |
| 70-400 | TS Microsoft® System Center Operations Manager 2007, Configuring | (pending) |

6

| | | |
|---|---|---|
| 70-401 | TS Microsoft® System Center Configuration Manager 2007, Configuring | (pending) |
| 70-431 | TS Microsoft SQL Server 2005 - Implementation and Maintenance | TX 6-309-888 |
| 70-441 | Designing Database Solutions by Using Microsoft SQL Server 2005 | TX 6-420-110 |
| 70-443 | Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005 | TX 6-311-496 |
| 70-444 | Optimizing and Maintaining a Database Administration Solution by Using Microsoft SQL Server 2005 | TX 6-399-398 |
| 70-445 | Microsoft SQL Server 2005 Business Intelligence - Development and Maintenance | TX 6-574-620 |
| 70-446 | Designing a Business Intelligence Solution by Using Microsoft SQL Server 2005 | TX 6-574-621 |
| 70-526 | TS Microsoft .NET Framework 2.0 - Windows-Based Client Development | TX 6-399-394 |
| 70-528 | TS Microsoft .NET Framework 2.0 - Web-Based Client Development | TX 6-399-396 |
| 70-529 | TS Microsoft .NET Framework 2.0 - Distributed Application Development | TX 6-399-397 |
| 70-536 | TS Microsoft .NET Framework 2.0 - Application Development Foundation | TX 6-425-600 |
| 70-540 | TS Microsoft Windows Mobile - Application Development | TX 6-551-677 |
| 70-541 | TS Microsoft Windows SharePoint Services 3.0 - Application Development | TX 6-518-889 |
| 70-542 | TS Microsoft Office SharePoint Server 2007 - Application Development | TX 6-574-619 |
| 70-544 | TS Microsoft® Virtual Earth® 6.0, Application Development | (pending) |
| 70-545 | TS Microsoft Visio 2007, Application Development | TXu 1-369-929 |
| 70-555 | TS Microsoft® Office Groove 2007, Configuring | (pending) |
| 70-556 | TS Microsoft Office PerformancePoint Server 2007, Applications | (pending) |
| 70-620 | Configuring Microsoft Windows Vista Client | TX 6-599-533 |
| 70-621 | Upgrading your MCDST Certification to MCITP Enterprise Support | TX 6-596-101 |
| 70-622 | Microsoft Desktop Support – ENTERPRISE | TX 6-596-099 |
| 70-623 | Microsoft Desktop Support – CONSUMER | TX 6-596-100 |
| 70-624 | TS Deploying and Maintaining Windows Vista Client and 2007 Microsoft Office System Desktops | TX 6-551-676 |
| 70-630 | TS Configuring Microsoft Office SharePoint Server 2007 | TX 6-518-887 |
| 70-631 | Configuring Windows SharePoint Services 3.0 | TX 6-518-888 |