UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | CIVIL ACTION |
| | ) | NO. 3:08cv1111 (JCH) |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Test4cert Limited d/b/a www.pass4sure.com; | ) | |
| Freetech Services Ltd. d/b/a | ) | |
| www.pass4sure.com; and | ) | October 8, 2008 |
| JOHN DOES 1-10 d/b/a www.pass4sure.com, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION**

The plaintiff, Microsoft Corporation, with the consent of the defendants, hereby moves that the Court ORDER the Permanent Injunction stipulated to by the parties.  A proposed Order is included with the Stipulated Permanent Injunction filed contemporaneously with this motion.

THE PLAINTIFF
MICROSOFT CORPORATION


By: _____/s/_____
Gerald C. Pia, Jr. (ct 21296)
Brian C. Roche (ct 17275)
Roche Pia, LLC
Two Corporate Drive, Suite 234
Shelton, CT 06484
Tel: (203) 944-0235
Fax: (203) 225-1244
Email: gpia@rochepia.com
        broche@rochepia.com

## **CERTIFICATION**

I hereby certify that, on the date hereon, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Gerald C. Pia, Jr.